ANN L. CONOVER et al., appellants,

*v.*

JOSEPH FISHER, JR., and BENJAMIN F. MEYERS, respondents.

On appeal from a decree of the prerogative court, affirming a decree of the Middlesex orphans court, establishing and admitting to probate the will of Garret Conover, deceased.

*Mr. Abraham V. Schenck,* for the appellants.

*Mr. John S. Voorhees,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given by the ordinary.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, KRUEGER, SMITH —10.

*For reversal*—None.